# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Holding a Criminal Term**
**Grand Jury Sworn in on May 7, 2019**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CRIMINAL NO. 1:19-mj-132 |
| v. | VIOLATION: |
| **KEVIN JOSEPH FOTI,** | 18 U.S.C. § 115(a)(1)(B) (Influencing Impeding, or Retaliating Against a Federal Official by Threat) |
| **Defendant.** | |
| | 22 D.C. Code § 1810 (Threatening to Injure a Person or Damage his Property) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about May 17, 2019, in the District of Columbia, the defendant, **KEVIN JOSEPH FOTI**, did threaten to assault and murder United States Senator John Thune and employees of his office, with intent to impede, intimidate, and interfere with, and to retaliate against, Senator John Thune and employees of his office while he was engaged in and on account of the performance of his official duties.

(Influencing, Impeding, or Retaliating Against a Federal Official by Threat, in violation of Title 18, United States Code, Section 115)

## COUNT TWO

On or about May 17, 2019, in the District of Columbia, the defendant, **KEVIN JOSEPH FOTI**, did threaten to injure the person of another, namely United States Senator John Thune and employees of his office.

(Threatening to Injure a Person or Damage his Property, in violation of Title 22, D.C. Code, Section 1810)

A TRUE BILL

FOREPERSON

Jessie K. Liu /HL
Attorney of the United States in
and for the District of Columbia